02-11-116-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00116-CV

 

 


 
 
 Cody Smith
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 PSS World Medical, Inc. f/k/a Physician Sales &
 Services, Inc. and Gulf South Medical Supply, Inc.
 
 
  
 
 
 APPELLEES
 
 


 

 

------------

 

FROM THE 342nd
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered “Appellant Cody Smith's Agreed Motion To Dismiss Appeal.”  It
is the court=s opinion that the motion should be
granted; therefore, we dismiss the appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by the party incurring the same, for which let
execution issue.  See Tex. R. App. P. 43.4.

 

                                                                             PER
CURIAM

PANEL: 
MEIER,
WALKER, and GABRIEL, JJ. 


 

DELIVERED: 
September 15, 2011









[1]See Tex. R. App. P. 47.4.